## BANK OF NEW ORLEANS v. CALDWELL.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE
DISTRICT OF LOUISIANA.

No. 255. Submitted January 28, 1873. — Decided March 3, 1873.

This case is dismissed without an opinion, as no exceptions appear to have
been taken during the trial.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

Ordered, by the court, that the judgment of the Circuit Court for the District of Louisiana be affirmed, without an opinion, no bill of exceptions appearing to have been taken during the progress of the trial.

*Mr. William M. Evarts* and *Mr. J. Hubley Ashton* for **plaintiff** in error.

*Mr. P. Phillips* for defendants in error.